**MINUTE ORDER**

     This order sets forth rulings made on the record at a telephone discovery conference on April 17, 2009 with respect to a motion to compel filed by defendant Port Authority of New York and New Jersey (ct. doc. 63):

     1.  The motion to compel production of records of the New York City Administration for Children's Services ("ACS") concerning its investigation of plaintiff Femi Sajimi is granted. All counsel must maintain the confidentiality of the records produced and may not disclosure them to any person, including clients, without consent of all the parties or approval of the Court.

     2.  The remainder of the motion to compel the depositions of ACS employees is denied without prejudice to renewal, but only after the parties have reviewed ACS records and all court records relating to the orders of protection issued against plaintiff.

     **SO ORDERED.**


Dated:    Brooklyn, New York
           April 20, 2009

                                             /s/_____
                                             MARILYN D. GO
                                             UNITED STATES MAGISTRATE JUDGE